IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN T. MICHALUK, D.O.,

      Plaintiff,                              No. CIV S-12-1162 KJM CKD

      vs.

VOHRA HEALTH SERVICES, P.A.,          ORDER
et al.,

      Defendants.

_____/

        Defendant has filed a motion to seal its motion to dismiss and substitute a redacted version because an exhibit contains identifying information.

        Despite a presumption that documents filed on the court's docket are available for public scrutiny, "access to judicial records is not absolute." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). "[I]f the court decides to seal certain judicial records [after conscientiously balancing the competing interests of the public and the party who seeks to keep certain judicial records secret], it must 'base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture.'" *Id.* at 1179 (quoting *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995)). "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing

1

1  court records exist when such 'court files might become a vehicle for improper purposes. . . .'"
2  *Id.* (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 589 (1978)).
3         In this case, the first and last pages of an exhibit attached to the motion to dismiss
4  contain plaintiff's identifying information, which could certainly be used for an improper
5  purpose.  That exhibit will be sealed, with a redacted version of the exhibit filed in its stead.
6         IT IS THEREFORE ORDERED that:
7         1.  Defendant's request to seal (ECF No. 10) is granted as set forth herein;
8         2.  The Clerk of the Court is directed to seal the exhibit identified as ECF No. 8-1;
9         3.  Within three days of the date of this order, defendant shall file a version of the
10 exhibit with identifying information on the first and last pages redacted; and
11        4.  Upon receipt of the redacted version of the exhibit, the Clerk of the Court shall
12 file it as ECF No. 8-2.
13 DATED:  May 30, 2012.

_____
UNITED STATES DISTRICT JUDGE