Jeffrey E. Mitchell (Bar No. 229785)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94109
Telephone: 415.836.2500
Facsimile: 415.836.2501
jeff.mitchell@dlapiper.com

Attorneys for Vohra Health Services, P.A.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN T. MICHALUK, D.O.,<br><br>   Plaintiff,<br><br> vs.<br><br>VOHRA HEALTH SERVICES, P.A., d/b/a VOHRA WOUND PHYSICIANS and d/b/a VOHRA HEALTH SERVICES and Does 1-50, inclusive,<br><br>   Defendants | CASE NO. 2:12-CV-01162-KJM-CKD<br><br>STIPULATION AND ORDER CONSOLIDATING CASES<br><br>Judge: Hon. Kimberly J. Mueller<br>Dept: Courtroom 3 |
| VOHRA HEALTH SERVICES, P.A., a Florida professional services corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>BRIAN T. MICHALUK, D.O., individually,<br><br>   Defendant. | CASE NO. 2:12-cv-01971-KJM-KJN<br><br>STIPULATION TO CONSOLIDATE RELATED CASES; ORDER<br><br>Judge: Hon. Kimberly J. Mueller<br>Dept: Courtroom 3 |

Pursuant to Fed. R. Civ. P. 42(a), Brian T. Michaluk, D.O. ("Michaluk") (plaintiff in the *Michaluk* action and defendant in the *Vohra* action) and Vohra Health Services, P.A.[1] ("Vohra") (defendant in the *Michaluk* action and plaintiff in the *Vohra* action) hereby submit the following Stipulation to Consolidate Related Cases:

## CONSOLIDATION OF RELATED CASES

1. On March 21, 2012, Dr. Michaluk filed a lawsuit against Vohra styled *Brian T. Michaluk, D.O. v. Vohra Health Services, P.A.,* d/b/a *Vohra Wound Physicians* and d/b/a *Vohra Health Services* in the Superior Court of California, County of Solano – FCS039551 (the "Michaluk Action").  On April 30, 2012, Vohra removed the Michaluk Action to this Court on grounds of diversity jurisdiction.

2. On April 27, 2012, Vohra filed a lawsuit against Dr. Michaluk styled *Vohra Health Services, P.A. v. Brian T. Michaluk, D.O.* in the United States District Court for the Southern District of Florida (1:12-cv-21620-FAM) (the "Vohra Action").  On July 27, 2012, the Vohra Action was transferred to this Court.  *See* 2:12-cv-01971-KJM-KJN.

3. The Michaluk Action and Vohra Action are both currently pending before the Honorable Kimberly J. Mueller.

4. The parties represent that consolidation of the Michaluk Action and the Vohra Action is appropriate because they involve similar claims that arise from the same series of transactions or occurrences of fact, and the resolution of these cases will involve common questions of law and fact.  *See* Fed. R. Civ. P. 42(a).

5. The Michaluk Action and the Vohra Action are based on Dr. Michaluk's contractual relationship with Vohra to perform certain medical services.

---

[1] In the Michaluk Action, plaintiff names as defendants Vohra Health Services, P.A., d/b/a Vohra Wound Physicians and d/b/a Vohra Health Services.  For purposes of this Stipulation to Consolidate Related Cases, these entities will be collectively referred to under the name Vohra Health Services, P.A.

1   Both lawsuits will adjudicate the nature, terms and conditions of the
2   contractual relationship, and whether Dr. Michaluk and/or Vohra violated
3   their respective contractual and legal obligations.

4   6.  Both lawsuits are at a preliminary stage. In the Michaluk Action, Vohra
5   filed a motion to dismiss that is currently pending before this Court. In the
6   Vohra Action, as discussed *infra*, Dr. Michaluk has not responded to
7   Vohra's complaint.

8   7.  In the Vohra Action, Dr. Michaluk has not responded to Vohra's complaint.
9   The parties have agreed and jointly request that Vohra's complaint in the
10  Vohra Action be transferred to the consolidated lawsuit as Vohra's
11  counterclaim. Per this agreement, Dr. Michaluk will file a responsive
12  pleading to Vohra's counterclaim within 14 days of the Court's order to
13  consolidate.

14  8.  Accordingly, the parties have met and conferred in good faith and, in order
15  to avoid unnecessary duplication of efforts by the parties and the Court,
16  respectfully request the consolidation of the Michaluk Action and Vohra
17  Action as follows:

18      a.  The Michaluk Action and Vohra Action shall be consolidated for all
19          purposes including trial before the Honorable Kimberly J. Mueller.
20      b.  The consolidated action shall proceed under the Michaluk Action's
21          case number 2:12-cv-01162-KJM-CKD, and shall be referred to as
22          *Brian T. Michaluk, D.O. v. Vohra Health Services, P.A.,* d/b/a *Vohra*
23          *Wound Physicians* and d/b/a *Vohra Health Services* (the same title as
24          the Michaluk Action).

25  ////
26  ////
27  ////
28  ////

DLA PIPER LLP (US)
SAN FRANCISCO
EAST\51092589.1

-2-
STIPULATION TO CONSOLIDATE RELATED CASES; ORDER

      c. Vohra's complaint in the Vohra Action shall be transferred to the consolidated lawsuit as Vohra's counterclaim. Dr. Michaluk, as the counterdefendant in the consolidated action, shall have 14 days from the filing of this Order to respond to Vohra's counterclaim.

DATED this 11th day of September, 2012.

          DLA PIPER LLP (US)

          By /s/ Jeffrey E. Mitchell
             JEFFREY E. MITCHELL
             DLA Piper LLP (US)

          Attorneys for Vohra Health Services, P.A.

DATED this 11th day of September, 2012.

          LAW OFFICES OF RANDAL M. BARNUM

          By /s/ Randal M. Barnum
             RANDAL M. BARNUM
             LAW OFFICES OF RANDAL M. BARNUM

          Attorneys for Brian T. Michaluk, D.O.

DATED this 13th day of September, 2012.

          BY THE COURT:

          _____
          UNITED STATES DISTRICT JUDGE

DLA Piper LLP (US)
San Francisco

EAST\51092589.1

-3-
STIPULATION TO CONSOLIDATE RELATED CASES; ORDER